### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF

In re:                                          §
                                                §
SETH LEDERMAN                                   §        Case No. 07-15601
                                                §
                          Debtor(s)             §

---

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under chapter     of the United States Bankruptcy Code on
    .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                   $

        Funds were disbursed in the following amounts:

        Administrative expenses
        Payments to creditors
        Non-estate funds paid to 3rd Parties
        Payments to the debtor

        Leaving a balance on hand of[1]              $

 The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

6.  The deadline for filing claims in this case was              . All claims of each class
which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____$ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $\_\_\_\_\_$ as interim compensation and now requests a sum of $\_\_\_\_\_$ , for a total compensation of $\_\_\_\_\_$ .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_$ , and now requests reimbursement for expenses of $\_\_\_$ , for total expenses of $\_\_\_$ .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____ By:/s/Gregg Szilagyi_____
                                    Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit A

| Case No: | 07-15601 | SPS | Judge: | Susan Pierson Sonderby |
|---|---|---|---|---|
| Case Name: | SETH LEDERMAN | | | |

For Period Ending: 04/06/10

| Trustee Name: | Gregg Szilagyi |
|---|---|
| Date Filed (f) or Converted (c): | 08/28/07 (f) |
| 341(a) Meeting Date: | 10/01/07 |
| Claims Bar Date: | 06/11/08 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 900 N. Kingsbury Unit 1145 Chicago, IL 60610 | 800,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | New Century Bank Account # 2002780 | 1,500.00 | 1,500.00 | DA | 0.00 | 1,500.00 |
| 3 | Household furnishing | 3,000.00 | 3,000.00 | DA | 0.00 | 3,000.00 |
| 4 | CD's | 100.00 | 100.00 | DA | 0.00 | 100.00 |
| 5 | Clothing | 1,000.00 | 1,000.00 | DA | 0.00 | 1,000.00 |
| 6 | Breitling Watch | 1,500.00 | 1,500.00 | DA | 0.00 | 1,500.00 |
| 7 | Variable-Life Insurance $2,000,000.00 policy | 30,000.00 | 30,000.00 | | 28,063.00 | FA |
| 8 | Oppenheimer-IRA | 105,000.00 | 105,000.00 | DA | 0.00 | 105,000.00 |
| 9 | Oppenheimer-Stock Account Pledged to Fifth Third | 170,000.00 | 170,000.00 | DA | 0.00 | 170,000.00 |
| 10 | Stock of Rehability S.C. | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Net Operating Loss Rehabilitly S.C. - $680,000.00 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Loan to Rehability S.C. - $834,000.00 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 45.03 | Unknown |

TOTALS (Excluding Unknown Values)   $1,112,100.00   $312,100.00   $28,108.03

Gross Value of Remaining Assets
$282,100.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   12/31/09      Current Projected Date of Final Report (TFR):   06/30/10

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 07-15601
Case Name: SETH LEDERMAN

Taxpayer ID No: XX-XXX3009
For Period Ending: 04/06/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1698 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/08 | 7 | PENN MUTUAL LIFE INSURANCE | | 1129-000 | 28,063.00 | | 28,063.00 |
| 03/31/08 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 6.16 | | 28,069.16 |
| 04/30/08 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 5.75 | | 28,074.91 |
| 05/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.56 | | 28,078.47 |
| 06/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.46 | | 28,081.93 |
| 07/31/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.57 | | 28,085.50 |
| 08/29/08 | INT | Bank of America 3 part check | Interest Rate 0.150 | 1270-000 | 3.57 | | 28,089.07 |
| 09/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.45 | | 28,092.52 |
| 10/31/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 2.72 | | 28,095.24 |
| 11/28/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 2.30 | | 28,097.54 |
| 12/31/08 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 1.42 | | 28,098.96 |
| 01/30/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.23 | | 28,099.19 |
| 02/27/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.22 | | 28,099.41 |
| 03/31/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.25 | | 28,099.66 |
| 04/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.62 | | 28,100.28 |
| 05/29/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.71 | | 28,100.99 |
| 06/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.70 | | 28,101.69 |
| 07/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,102.41 |
| 08/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,103.13 |
| 09/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.69 | | 28,103.82 |
| 10/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.71 | | 28,104.53 |
| 11/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.70 | | 28,105.23 |
| 12/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,105.95 |
| 01/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.71 | | 28,106.66 |
| 02/26/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.65 | | 28,107.31 |
| 03/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,108.03 |

Page Subtotals     28,108.03     0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

Case No: 07-15601
Case Name: SETH LEDERMAN

Taxpayer ID No: XX-XXX3009
For Period Ending: 04/06/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1698 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | COLUMN TOTALS | | 28,108.03 | 0.00 | 28,108.03 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 28,108.03 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 28,108.03 | 0.00 | |

|  | | NET | ACCOUNT |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| MONEY MARKET ACCOUNT - XXXXXX1698 | 28,108.03 | 0.00 | 28,108.03 |
| | -------------------------- | -------------------------- | ------------------ |
| | 28,108.03 | 0.00 | 28,108.03 |
| | ================ | ================ | ========== |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts:        0.00
Total Net Deposits:          28,108.03
Total Gross Receipts:        28,108.03

Page Subtotals                    0.00              0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 07-15601                                                                                          Date: April 6, 2010
Debtor Name: LEDERMAN, SETH
Claims Bar Date: 06/11/08

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|------------------------|-------------|-------|-----------|---------|---------|
| 100<br>2100 | Gregg Szilagyi<br>One South Wacker Drive<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $3,560.67 | $3,560.67 |
| 100<br>2200 | Gregg Szilagyi<br>One South Wacker Drive<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $0.00 | $0.00 |
| 1<br>300<br>7100 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | | $0.00 | $10,406.35 | $10,406.35 |
| 2<br>300<br>7100 | Allegra Printing and Imaging<br>460 Windy City Point Drive<br>Glendale Heights, IL 60139 | Unsecured | | $0.00 | $12,967.92 | $12,967.92 |
| 3<br>300<br>7100 | Call One<br>123 N Wacker Dr.<br>Floor 7<br>Chicago, IL 60606 | Unsecured | | $0.00 | $1,968.27 | $1,968.27 |
| 4<br>300<br>7100 | HPSC, Inc<br>1 Beacon St<br>Boston, MA 02108 | Unsecured | | $0.00 | $11,812.26 | $11,812.26 |
| 5<br>300<br>7100 | Patterson Office Supply<br>27101 Network Place<br>Chicago, IL 60677 | Unsecured | | $0.00 | $83.86 | $83.86 |
| 6<br>300<br>7100 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $60,742.51 | $60,742.51 |
| 7<br>300<br>7100 | American Express Bank FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $7,297.89 | $7,297.89 |
| 8<br>300<br>7100 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $18,014.89 | $18,014.89 |
| 9<br>300<br>7100 | LVNV Funding LLC as Assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $0.00 | $46,325.48 | $46,325.48 |
| 10<br>300<br>7100 | Porsche Leasing, Ltd.<br>c/o Nisen & Elliott, LLC<br>Daniel P. Dawson<br>200 W Adams St, St 2500<br>Chicago, IL 60606 | Unsecured | | $0.00 | $22,810.98 | $22,810.98 |
| 11<br>350<br>7200 | Gettry Marcus Stern & Lehrer,<br>CPA<br>20 Crossways Park North<br>Suite 304<br>Woodbury, NY 11797 | Unsecured | | $0.00 | $6,031.80 | $6,031.80 |
| | Case Totals | | | $0.00 | $202,022.88 | $202,022.88 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-15601
Case Name: SETH LEDERMAN
Trustee Name: Gregg Szilagyi

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Gregg Szilagyi* | $_____ | $_____ |
| *Attorney for trustee:* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $_____ | $_____ |
| *Attorney for:* | | $_____ | $_____ |
| *Accountant for:* | | $_____ | $_____ |
| *Appraiser for:* | | $_____ | $_____ |
| *Other:* | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $_____ | $_____ |
| 2 | Allegra Printing and Imaging | $_____ | $_____ |
| 3 | Call One | $_____ | $_____ |
| 4 | HPSC, Inc | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Patterson Office Supply | $ | $ |
| 6 | American Express Centurion Bank | $ | $ |
| 7 | American Express Bank FSB | $ | $ |
| 8 | American Express Centurion Bank | $ | $ |
| 9 | LVNV Funding LLC as Assignee of Citibank | $ | $ |
| 10 | Porsche Leasing, Ltd. | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11 | Gettry Marcus Stern & Lehrer, CPA | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $    .