UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
SETH LEDERMAN                       §       Case No. 07-15601
                                    §
        Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

     219 S. Dearborn Street
     Chicago, IL  60604

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/06/2010             By: Gregg Szilagyi
                                            Trustee


*Gregg Szilagyi*
*One South Wacker Drive*
*Chicago, Illinois 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SETH LEDERMAN § Case No. 07-15601
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 28,108.03 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 28,108.03 |

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
_____    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Gregg Szilagyi | $ 3,560.67 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 192,430.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 10,406.35 | $ 1,327.48 |
| 2 | Allegra Printing and Imaging | $ 12,967.92 | $ 1,654.25 |
| 3 | Call One | $ 1,968.27 | $ 251.08 |
| 4 | HPSC, Inc | $ 11,812.26 | $ 1,506.83 |
| 5 | Patterson Office Supply | $ 83.86 | $ 10.70 |

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6 | American Express Centurion Bank | $ 60,742.51 | $ 7,748.61 |
| 7 | American Express Bank FSB | $ 7,297.89 | $ 930.95 |
| 8 | American Express Centurion Bank | $ 18,014.89 | $ 2,298.08 |
| 9 | LVNV Funding LLC as Assignee of Citibank | $ 46,325.48 | $ 5,909.50 |
| 10 | Porsche Leasing, Ltd. | $ 22,810.98 | $ 2,909.88 |

Tardily filed claims of general (unsecured) creditors totaling $ 6,031.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11 | Gettry Marcus Stern & Lehrer, CPA | $ 6,031.80 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: Gregg Szilagyi
　　　　　　　　　　　　　　　　　　　Trustee

*Gregg Szilagyi*
*One South Wacker Drive*
*Chicago, Illinois 60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vrowe                  Page 1 of 2                   Date Rcvd: Apr 07, 2010
Case: 07-15601                 Form ID: pdf006              Total Noticed: 65

The following entities were noticed by first class mail on Apr 09, 2010.
db           +Seth Lederman,    900 N. Kingsbury St.,    Unit 1145,    Chicago, IL 60610-7453
aty          +Jeffrey C Dan,    Crane Heyman Simon Welch & Clar,    135 S Lasalle St Ste 3705,
               Chicago, IL 60603-4101
tr           +Gregg Szilagyi,    Tailwind Services LLC,    One South Wacker Drive,    Suite 800,
               Chicago, IL 60606-4650
11574278     +Allegra Printing and Imaging,    460 Windy City Point Drive,    Glendale Heights, IL 60139-2177
11607655      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
11574279     +American Express Blue,    PO Box 0001,    Los Angeles, CA 90096-8000
11607656      American Express Centurion Bank,    c/o Becket and Lee,    POB 3001,    Malvern, PA 19355-0701
11574280     +American Express Gold,    PO Box 0001,    Los Angeles, CA 90096-8000
11574281      American Express Platinum Business,    PO Box 0001,    Los Angeles, CA 90096-0001
11574282     +Amerimar Management Co., Inc.,    600 W. Chicago, Suite 675,    Chicago, IL 60654-2822
11574283     +Arnold Lederman,    42 Fairway Drive,    Manhasset, NY 11030-3906
11574284     +Bank of America Leasing,    Lease Administration Center,    PO Box 371992,
               Pittsburgh, PA 15250-7992
11574285     +Bankers Leasing,    PO Box 7740,    Urbandale, IA 50323-7740
11574286     +Bucktown Open MRI,    1616 E. Roosevelt Road,    Suite 5,    Wheaton, IL 60187-6850
11574294     +CW Burns Plumbing,    1536 Brook Dr., #E,    Downers Grove, IL 60515-1768
11574287     +Call One,    123 N Wacker Dr.,    Floor 7,    Chicago, IL 60606-1796
11574288     +Chicago Sun Times,    PO Box 1003,    Tinley Park, IL 60477-9103
11574289      Citi Advantage Mastercard,    PO Box 600,    The Lakes, NV 89163-6000
11574290     +Coffee Unlimited,    1408 S. Clinton Ave.,    Chicago, IL 60607-5102
11574292     +Comcast Spotlight,    1255 W. North Ave.,    Chicago, IL 60642-1562
11574293     +Cook County Treasurer,    118 N. Clark St., Sroom 112,    Chicago, IL 60602-1304
11574295     +Digital Graphics,    2040    164th Place,    Hammond, IN 46320-2803
11574297     +Draper & Kramer Incorporated,    Domain Condominium Association,    8020 Innovation Way,
               Chicago, IL 60682-0080
11574298     +Eport 600 Property Owner LLC,    600 West Chicago Ave.,    Chicago, IL 60654-2822
11574299     +Essential Messaging,    Po Box 60436,    Houston, TX 77205-0436
11574301     +FGMK, LLC,    2801 Lakeside Drive, 3rd Floor,    Bannockburn, IL 60015-1275
11574300     +FedExpress,    PO Box 94515,    Palatine, IL 60094-4515
11574302      Fifth Third Bank,    348 W. Carol Lane,    Hillside, IL 60162
11574303      Footmax,    PO Box 29861,    New York, NY 10087-9861
11574304     +GE Healthcare Financial Services,    PO Box 414418,    Boston, MA 02241-4418
11574305     +Geary Electric,    3151 Commercial Avenue,    Northbrook, IL 60062-1905
11574306     +Gettry Marcus Stern & Lehrer, CPA,    20 Crossways Park North,    Suite 304,
               Woodbury, NY 11797-2007
12106692     +HPSC, Inc,    1 Beacon St,    Boston, MA 02108-3121
11574307     +Illinois Chiropractic Society,    PO Box 9448,    Springfield, IL 62791-9448
11574308     +In Health Records Systems,    5076 Winters Chapel Road,    Suite 200,    Atlanta, GA 30360-1832
11574309     +Initial Plants,    PO Box 95409,    Palatine, IL 60095-0409
11574310     +Jamie Polon,    Jaffe & Asher,    600 Third Ave.,    New York, NY 10016-1901
11574311     +Kelby Edwards,    66 Kings Way,    Pawling, NY 12564-2162
11574312     +LM Business Consulting,    5146 N. Kildare,    Chicago, IL 60630-2607
11574313     +Media West,    2756 North Green Valley Parkway,    Suite 267,    Henderson, NV 89014-2120
11574314     +Much Shelist,    191 N. Wacker Drive,    Suite 1800,    Chicago, IL 60606-1631
11574315     +Nisen & Elliott LLC,    200 W. Adams, Ste. 2500,    Chicago, IL 60606-5283
11574316     +OUM,    110 West Wood Place,    Brentwood, TN 37027-5075
11574317     +Patterson Office Supply,    27101 Network Place,    Chicago, IL 60677-0001
11574318     +Physician Billing Services, Inc.,    6825 Hubson Valley Dr.,    Suite 301,
               Woodridge, IL 60517-1456
11574319     +Pitney Bowes,    PO Box 856042,    Louisville, KY 40285-6042
11574320     +Porsche Financial Services,    4343 Commerce Court,    Suite 300,    Lisle, IL 60532-3616
12317406     +Porsche Leasing, Ltd.,    c/o Nisen & Elliott, LLC,    Daniel P. Dawson,    200 W Adams St, St 2500,
               Chicago, IL 60606-5232
11574323     +RPS Imaging,    1815 Washington St.,    Michigan City, IN 46360-4473
11574321     +Radiography Resources,    PO Box 115,    Hartland, WI 53029-0115
11574322     +Rehability S.C.,    600 W. Chicago Ave.,    Suite RW#4,    Chicago, IL 60654-2822
11574324     +SCRIP, Inc.,    9005 N. Industrial Road,    Peoria, IL 61615-1511
11574325     +Sheffield Press,    2040- 164th Place,    Hammond, IN 46320-2803
11574326     +Sherman Mechanical,    1075 Alexander Court,    Cary, IL 60013-1891
11574327     +Shred-it,    115 W. Lake Drive, Suite 200,    Glendale Heights, IL 60139-4883
12034352     +Stefany Sarelas,    c/o William Yung, Office of Atty Gen.,    100 W Randolph St,. 13 Fl.,
               Chicago, IL 60601-3397
11574328     +VAX-D Medical Technoligies,    310 Mears Blvd.,    Oldsmar, FL 34677-3047
11574332     +WLS Radio,    190 N. State St.,    Chicago, IL 60601-3398
11574329     +Washington Mutual,    PO Box 9001123,    Louisville, KY 40290-1123
11574330     +Washington Mutual,    PO Box 78065,    Phoenix, AZ 85062-8065
11574331     +Weinstein Group SC,    10 Newton Place,    Hauppauge, NY 11788-4766

The following entities were noticed by electronic transmission on Apr 07, 2010.
11574291     +E-mail/Text: legalcollections@comed.com                             Com Ed,    Bill Payment Center,
               Chicago, IL 60668-0001
11574296      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 08 2010 01:53:44      Discover Card,    PO Box 30395,
               Salt Lake City, UT 84130-0395
12060612      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 08 2010 01:53:44
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12252032      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 4
```

```
District/off: 0752-1           User: vrowe                 Page 2 of 2                   Date Rcvd: Apr 07, 2010
Case: 07-15601                 Form ID: pdf006             Total Noticed: 65

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Gregg Szilagyi,    Tailwind Services LLC,   One South Wacker Drive,   Suite 800,
               Chicago, IL 60606-4650
12173275*     American Express Bank FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12173276*     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12132244*     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
                                                                                                TOTALS: 0, * 4
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2010**          **Signature:**     _Joseph Speetjens_