UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SETH LEDERMAN § Case No. 07-15601
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By: /s/Gregg Szilagyi _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Allegra Printing and Imaging | | | | | |
| 7 | American Express Bank FSB | | | | | |
| 8 | American Express Centurion Bank | | | | | |
| 6 | American Express Centurion Bank | | | | | |
| 3 | Call One | | | | | |
| 1 | Discover Bank/DFS Services LLC | | | | | |
| 11 | Gettry Marcus Stern & Lehrer, CPA | | | | | |
| 4 | HPSC, Inc | | | | | |
| 9 | LVNV Funding LLC as Assignee of Citibank | | | | | |
| 5 | Patterson Office Supply | | | | | |
| 10 | Porsche Leasing, Ltd. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 07-15601 | SPS | Judge: | Susan Pierson Sonderby | | Trustee Name: | Gregg Szilagyi |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SETH LEDERMAN | | | | | Date Filed (f) or Converted (c): | 08/28/07 (f) |
| | | | | | | 341(a) Meeting Date: | 10/01/07 |
| For Period Ending: 11/10/10 | | | | | | Claims Bar Date: | 06/11/08 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 900 N. Kingsbury Unit 1145 Chicago, IL 60610 | 800,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | New Century Bank Account # 2002780 | 1,500.00 | 1,500.00 | DA | 0.00 | 1,500.00 |
| 3 | Household furnishing | 3,000.00 | 3,000.00 | DA | 0.00 | 3,000.00 |
| 4 | CD's | 100.00 | 100.00 | DA | 0.00 | 100.00 |
| 5 | Clothing | 1,000.00 | 1,000.00 | DA | 0.00 | 1,000.00 |
| 6 | Breitling Watch | 1,500.00 | 1,500.00 | DA | 0.00 | 1,500.00 |
| 7 | Variable-Life Insurance $2,000,000.00 policy | 30,000.00 | 30,000.00 | | 28,063.00 | FA |
| 8 | Oppenheimer-IRA | 105,000.00 | 105,000.00 | DA | 0.00 | 105,000.00 |
| 9 | Oppenheimer-Stock Account Pledged to Fifth Third | 170,000.00 | 170,000.00 | DA | 0.00 | 170,000.00 |
| 10 | Stock of Rehability S.C. | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Net Operating Loss Rehabilitly S.C. - $680,000.00 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Loan to Rehability S.C. - $834,000.00 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 45.97 | Unknown |
| | TOTALS (Excluding Unknown Values) | $1,112,100.00 | $312,100.00 | | $28,108.97 | Gross Value of Remaining Assets $282,100.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):    12/31/09        Current Projected Date of Final Report (TFR):    06/30/10

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 07-15601
Case Name: SETH LEDERMAN
Taxpayer ID No: XX-XXX3009
For Period Ending: 11/10/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1698 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/08 | 7 | PENN MUTUAL LIFE INSURANCE | | 1129-000 | 28,063.00 | | 28,063.00 |
| 03/31/08 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 6.16 | | 28,069.16 |
| 04/30/08 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 5.75 | | 28,074.91 |
| 05/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.56 | | 28,078.47 |
| 06/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.46 | | 28,081.93 |
| 07/31/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.57 | | 28,085.50 |
| 08/29/08 | INT | Bank of America 3 part check | Interest Rate 0.150 | 1270-000 | 3.57 | | 28,089.07 |
| 09/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 3.45 | | 28,092.52 |
| 10/31/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 2.72 | | 28,095.24 |
| 11/28/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 2.30 | | 28,097.54 |
| 12/31/08 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 1.42 | | 28,098.96 |
| 01/30/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.23 | | 28,099.19 |
| 02/27/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.22 | | 28,099.41 |
| 03/31/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.25 | | 28,099.66 |
| 04/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.62 | | 28,100.28 |
| 05/29/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.71 | | 28,100.99 |
| 06/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.70 | | 28,101.69 |
| 07/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,102.41 |
| 08/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,103.13 |
| 09/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.69 | | 28,103.82 |
| 10/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.71 | | 28,104.53 |
| 11/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.70 | | 28,105.23 |
| 12/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,105.95 |
| 01/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.71 | | 28,106.66 |
| 02/26/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.65 | | 28,107.31 |
| 03/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,108.03 |
| 04/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.69 | | 28,108.72 |
| 05/12/10 | INT | Bank of America | Interest | 1270-000 | 0.25 | | 28,108.97 |

Page Subtotals       28,108.97       0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 07-15601
Case Name: SETH LEDERMAN
Taxpayer ID No: XX-XXX3009
For Period Ending: 11/10/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1698 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/10 | | Transfer to Acct#XXXXXX2105 | Transfer of Funds | 9999-000 | | 28,108.97 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 28,108.97 | 28,108.97 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 28,108.97 | |
| Subtotal | 28,108.97 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 28,108.97 | 0.00 | |

Page Subtotals     0.00     28,108.97

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 07-15601
Case Name: SETH LEDERMAN
Taxpayer ID No: XX-XXX3009
For Period Ending: 11/10/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2105 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/10 |  | Transfer from Acct#XXXXXX1698 | Transfer of Funds | 9999-000 | 28,108.97 |  | 28,108.97 |
| 05/12/10 | 001001 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 |  | 3,560.67 | 24,548.30 |
| 05/12/10 | 001002 | American Express Bank FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (Final distribution to Claim 7, representing a Payment of 12.76% per court order.) | 7100-000 |  | 930.99 | 23,617.31 |
| 05/12/10 | 001003 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (Final distribution to Claim 8, representing a Payment of 12.76% per court order.) | 7100-000 |  | 2,298.16 | 21,319.15 |
| 05/12/10 | 001004 | Call One<br>123 N Wacker Dr.<br>Floor 7<br>Chicago, IL 60606 | (Final distribution to Claim 3, representing a Payment of 12.76% per court order.) | 7100-000 |  | 251.09 | 21,068.06 |
| 05/12/10 | 001005 | Porsche Leasing, Ltd.<br>c/o Nisen & Elliott, LLC<br>Daniel P. Dawson<br>200 W Adams St, St 2500<br>Chicago, IL 60606 | (Final distribution to Claim 10, representing a Payment of 12.76% per court order.) | 7100-000 |  | 2,909.99 | 18,158.07 |
| 05/12/10 | 001006 | Allegra Printing and Imaging<br>460 Windy City Point Drive<br>Glendale Heights, IL 60139 | (Final distribution to Claim 2, representing a Payment of 12.76% per court order.) | 7100-000 |  | 1,654.31 | 16,503.76 |

Page Subtotals       28,108.97       11,605.21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

Case No: 07-15601
Case Name: SETH LEDERMAN
Taxpayer ID No: XX-XXX3009
For Period Ending: 11/10/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2105 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/10 | 001007 | LVNV Funding LLC as Assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | (Final distribution to Claim 9, representing a Payment of 12.76% per court order.) | 7100-000 | | 5,909.73 | 10,594.03 |
| 05/12/10 | 001008 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | (Final distribution to Claim 6, representing a Payment of 12.76% per court order.) | 7100-000 | | 7,748.91 | 2,845.12 |
| 05/12/10 | 001009 | Discover Bank/DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | (Final distribution to Claim 1, representing a Payment of 12.76% per court order.) | 7100-000 | | 1,327.54 | 1,517.58 |
| 05/12/10 | 001010 | Patterson Office Supply 27101 Network Place Chicago, IL 60677 | (Final distribution to Claim 5, representing a Payment of 12.76% per court order.) | 7100-000 | | 10.70 | 1,506.88 |
| 05/12/10 | 001011 | HPSC, Inc 1 Beacon St Boston, MA 02108 | (Final distribution to Claim 4, representing a Payment of 12.76% per court order.) | 7100-000 | | 1,506.88 | 0.00 |
| 10/25/10 | 001011 | HPSC, Inc 1 Beacon St Boston, MA 02108 | | 7100-000 | | -1,506.88 | 1,506.88 |
| 10/25/10 | 001012 | HPSC, Inc 1 Beacon St Boston, MA 02108 | FINAL DISTRIBUTION | 7100-000 | | 1,506.88 | 0.00 |

```
                          COLUMN TOTALS                       28,108.97   28,108.97      0.00
                       Less: Bank Transfers/CD's              28,108.97        0.00
                          Subtotal                                 0.00   28,108.97
                       Less: Payments to Debtors                   0.00        0.00
                          Net                                      0.00   28,108.97
                                        Page Subtotals             0.00   16,503.76
```

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-15601  
Case Name: SETH LEDERMAN  
Taxpayer ID No: XX-XXX3009  
For Period Ending: 11/10/10  

Trustee Name: Gregg Szilagyi  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX2105 - CHECKING ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

|  |  | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | MONEY MARKET ACCOUNT - XXXXXX1698 |  | 28,108.97 | 0.00 | 0.00 |
|  | CHECKING ACCOUNT - XXXXXX2105 |  | 0.00 | 28,108.97 | 0.00 |
| Total Allocation Receipts: | 0.00 |  | 28,108.97 | 28,108.97 | 0.00 |
| Total Net Deposits: | 28,108.97 |  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |
| Total Gross Receipts: | 28,108.97 |  |  |  |  |

Page Subtotals          0.00          0.00